IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT EARL ROYSTER,
    Plaintiff,

vs.                                                Case No. 3:10cv194/MCR/EMT

ESCAMBIA COUNTY SHERIFF'S OFFICE,
et al.,
    Defendants.
_____/

## ORDER

       This cause is before the court on Plaintiff's Affidavit of Financial Status (Doc. 10), construed as a supplement to Plaintiff's pending motion to proceed in forma pauperis (Doc. 5).

       Upon review of the motion and supplement, the court concludes that Plaintiff has failed to provide the requisite supporting documentation, specifically, a motion to proceed in forma pauperis with a financial certificate with an attached copy of his trust fund account statement covering the six-month period preceding the filing of the complaint *See* 28 U.S.C. § 1915(a)(2). If Plaintiff has not been incarcerated at his current institution for six months, he must obtain an account statement from each facility at which he has been confined during the relevant six-moth period. Therefore, the motion will be denied without prejudice to Plaintiff's refiling a complete motion with the required supporting documentation.

       Accordingly, it is **ORDERED**:

       1.     Plaintiff's motion to proceed in forma pauperis (Doc. 5), as supplemented (Doc. 10), is **DENIED** without prejudice.

       2.     The clerk shall send Plaintiff a motion to proceed in forma pauperis and a prisoner consent form and financial certificate approved for use in the Northern District. This case number should be written on the forms.

3. Within **THIRTY (30) DAYS** from the date of docketing of this order Plaintiff shall (1) pay the $350.00 filing fee, or (2) submit a completed motion to proceed in forma pauperis with the requisite prisoner consent form and financial certificate, <u>including an attached computer printout of the transactions in his prison account or accounts during the preceding six-month period</u>.

4. Failure to comply with this order as instructed may result in a recommendation that this case be dismissed for failure to comply with an order of the court.

**DONE AND ORDERED** this 26th day of July 2010.

>/s/ *Elizabeth M. Timothy*
>**ELIZABETH M. TIMOTHY**
>**UNITED STATES MAGISTRATE JUDGE**